NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOMENTA PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant,*

AND

**SANDOZ INC.,**
*Plaintiff-Appellant,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee.*

---

2013-1580

---

Appeal from the United States District Court for the District of Massachusetts in No. 10-CV-12079, Judge Nathaniel M. Gorton.

---

**ON MOTION**

---

**O R D E R**

Teva Pharmaceuticals USA, Inc. moves without opposition to revise the official caption and the authorized abbreviated caption.

Upon consideration thereof,

MOMENTA PHARMACEUTICALS  v. TEVA PHARMACEUTICAL         2

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

                              FOR THE COURT

                              /s/  Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk

s26